# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO BRIZUELA,<br>  Petitioner,<br><br>       v.<br><br>RRM LONG BEACH, et al.,<br>  Respondents. | 2:25-cv-04473-DSF<br><br>Order to Show Cause re Dismissal for Failure to Exhaust Administrative Remedies |

    Petitioner acknowledges that he did not exhaust Bureau of Prisons administrative remedies prior to filing his petition.  He argues that he was not required to do so because he was not, at the time of filing, incarcerated at a BOP facility.  It now appears that Petitioner has been re-incarcerated.  Therefore, no later than August 11, 2025, Petitioner is either to exhaust BOP administrative remedies or show cause why he should not be required to do so.  Failure to do one of these will result in dismissal of the petition.

    IT IS SO ORDERED.

Date: June 10, 2025

_____

The Honorable Dale S. Fischer
United States District Judge