# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO BRIZUELA,<br>　　　Petitioner,<br><br>　　　　　　v.<br><br>RRM LONG BEACH, et al.,<br>　　　Respondents. | 2:25-cv-04473-DSF<br><br>Order to Show Cause re Mootness |

    On September 22, 2025, the government filed a status report indicating that Petitioner was scheduled to be transferred to a residential reentry center within the next few days.  While the government never filed its promised follow-up status report, the publicly available Bureau of Prisons Inmate Locator shows that Petitioner has now been transferred to the Long Beach RRM.  As it appears that Petitioner may have received the relief he sought, Petitioner is ordered to show cause, in writing, no later than October 28, 2025, why his petition should not be dismissed as moot.

    IT IS SO ORDERED.

Date: October 14, 2025

                                                                 Dale S. Fischer<br>
                                                                 United States District Judge