JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO BRIZUELA,<br>Petitioner,<br><br>v.<br><br>RRM LONG BEACH, et al.,<br>Respondents. | 2:25-cv-04473-DSF<br><br>JUDGMENT |

    The Court having issued an order to show cause why this petition should not be dismissed as moot and Petitioner not having responded by the deadline set by the Court,

    IT IS ORDERED AND ADJUDGED that the petition be dismissed as moot.

Date: November 18, 2025

_____
Dale S. Fischer
United States District Judge